**United States District Court**
**Office of the Clerk**
District of Vermont
Federal Building
**Burlington, Vermont 05402-0945**

☒  P.O. Box 945
BURLINGTON 05402-0945
(802) 951-6301
❑  P.O. Box 998
BRATTLEBORO 05302-0998
(802) 254-0250
❑  P.O. Box 607
RUTLAND 05702-0607
(802) 773-0245

**JEFFREY S. EATON**
CLERK

September 17, 2013

Mark F. Werle, Esq.
Ryan Smith & Carbine, Ltd.
98 Merchants Row
P.O. Box 310
Rutland, VT 05702-0310

Stephen L. Cusick, Esq.
Zalinger, Cameron & Lambek
140 Main Street
P.O. Box 1310
Montpelier, VT 05601-1310

Re:   *People's United Equipment Finance Corp. v. Down to Earth Golf Course Construction, Inc. et al*
      Docket No.  2:13-cv-84

Dear Counsel:

According to my records, a letter was sent to you on August 26, 2013 assigning the ENE evaluator and requiring a date certain for the ENE session.  As indicated in that letter, parties were required to inform the ENE Administrator *in writing* of a date certain for the ENE session by September 4th.  To date, I have received no communication in that regard.  Please respond by **September 24th** or this matter will be referred to William K. Sessions III.

If you have any questions, please feel free to contact me.

Sincerely,

*/s/ H. Beth Cota*
H. Beth Cota
ENE Administrator
(802) 951-6395 ext. 113