## ZALINGER CAMERON & LAMBEK, P.C.

PHILIP H. ZALINGER, JR.
J. SCOTT CAMERON
BERNARD D. LAMBEK
PATRICIA K. TURLEY

STEPHEN L. CUSICK

ATTORNEYS AT LAW
140 MAIN STREET
MONTPELIER, VERMONT 05602
TELEPHONE 802-223-1000   FACSIMILE 802-223-5271

*OF COUNSEL*
ROBERT HALPERT
JOHN C. PAGE

*PARALEGAL*
KAREN M. GRAMER

September 26, 2013

Jeffrey S. Eaton, Clerk of Court
United States District Court
P. O. Box 945
Burlington, VT 05402-0945

    Re:    Peoples United Equipment Financing Corp. v.
               Down to Earth Golf Course Construction, Inc., et al.
               Case No. 2:13-cv-84

Dear Mr. Eaton:

    Per the Court's request, please be advised that the ENE session with Richard T. Cassidy, Esq., has been set for October 29, 2013, at 10:30 a.m. at Attorney Cassidy's office.

    Thank you.

                                                      Sincerely,

                                                      Stephen L. Cusick, Esq.
                                                      Attorney for Defendants

                                                      Mark F. Werle, Esq.
                                                      Attorney for Plaintiff

Cc:    Richard T. Cassidy, Esq. (via email)